# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| SABRINA GRAHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:15-cv-04155-NKL |
| SAREP NOEUY, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Defendant Sareap Noeuy moves under Fed. R. Civ. P. 35 for a physical examination of Plaintiff Sabrina Graham. Doc. 90. Graham consents to an examination by the expert selected by Noeuy, on the date and time and at the place specified by Noeuy, but moved for a protective order concerning certain aspects of the examination. Doc. 96. The Court held a teleconference on 5/11/2016, and having heard and considered the parties' arguments, and for good cause shown, grants Noeuy's motion for a Rule 35 examination of Graham, and grants in part and denies in part Graham's motion for protective order, as follows:

Graham shall appear for a physical examination at the offices of Dr. John O. Krause of The Orthopedic Center of St. Louis, located at 14825 N. Outer Forty Road, Suite 200, Chesterfield, Missouri on May 23, 2016 at 4:00 p.m. where Dr. Krause shall be permitted to examine Graham to evaluate her injuries, disabilities, and condition. Graham may not have a spouse or other family member present during the exam. Graham may have a videographer present to record the exam, on the condition that the videographer be independent from the litigation and not be a family member or friend of Graham. The exam will be limited to Graham's lower extremities. Noeuy will not be required to reimburse Graham's mileage for

travel to and from the exam. The doctor may perform non-invasive diagnostic tests and may require Graham to fill out questionnaires.

Any other limitations on the exam requested by Graham in her motion for protective order and not specifically addressed in this Order are denied.

SO ORDERED.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: May 16, 2016  
Jefferson City, Missouri